1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

8

**EASTERN DISTRICT OF CALIFORNIA**

9
10

| | | |
|---|---|---|
| **TIMMY DENNIS LEIGHTON,** | ) | **CV F 06-1190 AWI WMW HC** |
| | ) | |
| **Petitioner,** | ) | **ORDER ADOPTING** |
| **v.** | ) | **FINDINGS AND** |
| | ) | **RECOMMENDATIONS AND** |
| **W. J. SULLIVAN,** | ) | **DENYING PETITION** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| _____ | ) | |

11
12
13
14
15
16
17

18      Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28

19  U.S.C. § 2254 .  The matter was referred to a United States Magistrate Judge pursuant to 28

20  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

21      On January 30,  2007, the Magistrate Judge filed findings and recommendations herein.

22  These findings and recommendations were served on the parties and contained notice to the

23  parties that any objections to the findings and recommendations were to be filed within thirty

24  days.  No objections were filed.

25      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a

26  de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

27  (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and

28  recommendations to be supported by the record and by proper analysis.

1      Based on the foregoing, it is HEREBY ORDERED  that:

2      1.      The findings and recommendations issued by the Magistrate Judge on January 30,

3              2007, are a adopted in full;

4      2.      The Petition for Writ of Habeas Corpus is dismissed for lack of prosecution; and

5      3.      The Clerk of the Court is directed to enter  judgment for Respondent and to close

6              this case.

7

8  IT IS SO ORDERED.

9  **Dated:    April 11, 2007**                              **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                  2